FILED by KAN D.C.

Sep 23, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-20407-CR-GAYLES/SHAW-WILDER

18 U.S.C. § 4
18 U.S.C. § 1924
18 U.S.C. § 982(a)(1)(A)

**UNITED STATES OF AMERICA**

**vs.**

**JIMMY GLENN THOMPSON, JR.,**

**Defendant.**
______________________________/

# INFORMATION

The United States Attorney charges that:

## COUNT 1

Beginning not later than on or about June 29, 2021, and continuing through in or around August 2023, in the Southern District of Florida, and elsewhere, the defendant,

**JIMMY GLENN THOMPSON, JR.,**

having knowledge of the actual commission of felonies cognizable by a court of the United States, that is, violations of Title 18, United States Code, Sections 2339A(a), 956(a)(1), and 960, did conceal and did not as soon as possible make known the same to any judge and other person in civil and military authority under the United States, in violation of Title 18, United States Code, Section 4.

## COUNT 2

Beginning at least as early in and around 2008, and continuing to on or about November 23, 2021, in the jurisdiction of the United States, the defendant,

**JIMMY GLENN THOMPSON, JR.**,

being a contractor of the United States, and by virtue of his employment and contract, became possessed of documents and materials containing classified information of the United States, and did knowingly remove such documents and materials without authority and with the intent to retain such documents and materials at unauthorized locations, aware that these locations were unauthorized for the storage and retention of such classified documents and materials, in violation of Title 18, United States Code, Sections 1924(a) and 2.

## FORFEITURE ALLEGATIONS

1. The allegations of this Information are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant **JIMMY GLENN THOMPSON, JR.** has an interest.

2. Upon conviction of any violation of Title 18, United States Code, Sections 4 and 1924 as alleged in this Information, the defendant shall forfeit to the United States any property, real or personal, involved in such offense, or any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1).

All pursuant to Title 18, United States Code, Section 982(a)(1), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 2461(c).

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

SEAN T. McLAUGHLIN
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA** **CASE NO.** 26-20407-CR-GAYLES/SHAW-WILDER

**v.**

JIMMY GLENN THOMPSON, JR.,
______________________________/
Defendant.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) ______
Number of New Defendants ______
Total Number of New Counts ______

**Court Division** (select one)
☒ Miami ☐ Key West ☐ FTP
☐ FTL ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: ______
4. This case will take 0 days for the parties to try.
5. Please check appropriate category and type of offense listed below:

| (Check only one) | | (Check only one) |
|---|---|---|
| I | ☒ 0 to 5 days | ☐ Petty |
| II | ☐ 6 to 10 days | ☐ Minor |
| III | ☐ 11 to 20 days | ☐ Misdemeanor |
| IV | ☐ 21 to 60 days | ☒ Felony |
| V | ☐ 61 days and over | |

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge ______ Case No. ______
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge ______ Magistrate Case No. ______
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) Yes
   If yes, Judge Jacqueline Beccera Case No. 22-CR-20104-JB(s)(s)(s)(s)(s)
9. Defendant(s) in federal custody as of ______
10. Defendant(s) in state custody as of ______
11. Rule 20 from the ______ District of ______
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No
17. Did this matter involve the participation of or consultation with Magistrate Judge Yeney Hernandez during her tenure at the U.S. Attorney's Office, which concluded on April 2, 2026? No

By: ______________________
SEAN T. MCLAUGHLIN
Assistant United States Attorney
SDFL Court ID No. A5501121

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: **JIMMY GLENN THOMPSON, JR.**

**Case No**: ______

Count #: 1

Misprision of a Felony

Title 18, United States Code, Section 4

*** Max. Term of Imprisonment: 3 Years' Imprisonment**
*** Mandatory Min. Term of Imprisonment (if applicable): N/A**
*** Max. Supervised Release: 1 Years**
*** Max. Fine: $250,000.00**

Count #: 2

Unauthorized Removal and Retention of Classified Documents or Materials by Government Contractor

Title 18, United States Code, Section 1924

*** Max. Term of Imprisonment: 5 Years' Imprisonment**
*** Mandatory Min. Term of Imprisonment (if applicable): N/A**
*** Max. Supervised Release: 3 Years**
*** Max. Fine: $250,000.00**

***Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

United States of America
v.
JIMMY GLENN THOMPSON, JR.,
*Defendant*

Case No. **26-20407-CR-GAYLES/SHAW-WILDER**

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: ____________

____________________
*Defendant's signature*

____________________
*Signature of defendant's attorney*

Frank Quintero, Esquire
*Printed name of defendant's attorney*

____________________
*Judge's signature*

____________________
*Judge's printed name and title*